## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

DERRICK TURNER,                                    Civil No. 07-1457 (JRT/RLE)

        Plaintiff,

v.                                                              **ORDER**

LIEUTENANT DAVID SANDERS,
CASE MANAGER DEANNA HILLER,
UNIT MANAGER MICHAEL ISAACSON,
WARDEN CAROL HOLINKA, REGIONAL
DIRECTOR MICHAEL NALLEY, ADMINISTRATOR
HARRELL WATTS, DIRECTOR HARLEY
LAPPIN, ATTORNEY GENERAL ALBERTO
GONZALES, UNITED STATES DEPARTMENT
OF JUSTICE, AND FEDERAL BUREAU OF PRISONS,

        Defendants.

---

Derrick Turner, #14353-424, Post Office Box 1731, Waseca, Minnesota 56093, plaintiff *pro se*.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation, **IT IS HEREBY ORDERED** that:

1.     That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated March 12, 2007, and for failure to prosecute.

     2.      That the Plaintiff's Application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> [Docket No. 2] is denied, as moot.


DATED:  May 22, 2007                           <u>    s/John R. Tunheim    </u>
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                     United States District Judge